```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
PATRICIA LAYNE-WILLIAMS,                                       :
                                                               :
                        Plaintiff,                             :
                                                               :       22-cv-342 (LJL)
        -v-                                                    :
                                                               :       ORDER
ATLANTIC RECOVERY SOLUTIONS, LLC,                              :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/3/2022__

LEWIS J. LIMAN, United States District Judge:

It is hereby ORDERED that the telephonic default judgment hearing previously scheduled for today, June 3, 2022 is adjourned to June 16, 2022 at 4:00 p.m. The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

Plaintiff is directed to serve a copy of this Order on Defendant and to file proof of service on the docket in advance of June 16, 2022.

SO ORDERED.

Dated: June 3, 2022
       New York, New York                      _____
                                               LEWIS J. LIMAN
                                               United States District Judge