```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
PATRICIA LAYNE-WILLIAMS,                                       :
                                                               :
                        Plaintiff,                             :
                                                               :      22-cv-342 (LJL)
        -v-                                                    :
                                                               :      ORDER
ATLANTIC RECOVERY SOLUTIONS, LLC,                              :
                                                               :
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held a hearing yesterday on Plaintiff's pending motion for default judgment. After hearing argument on the motion for a default judgment and to afford defendant additional time to appear and to contest the motion, the Court continued the motion until July 11, 2022 at 3:30 p.m. The parties are directed to dial in to the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

      It is further ORDERED that Plaintiff shall file any amended complaint or supplement to her motion for default judgment by July 1, 2022 and shall serve the same on the Defendant no later than July 5, 2022.

      Plaintiff is directed to provide a copy of this Order to Defendant by any means with which Plaintiff or her counsel has previously communicated with Defendant.

      SO ORDERED.

Dated: June 17, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2022