```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
PATRICIA LAYNE-WILLIAMS,                                       :
                                                               :
                         Plaintiff,                            :
                                                               :     22-cv-342 (LJL)
             -v-                                               :
                                                               :     ORDER
ATLANTIC RECOVERY SOLUTIONS, LLC,                              :
                                                               :
                         Defendant.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022

LEWIS J. LIMAN, United States District Judge:

On May 9, 2022, Plaintiff filed a motion for default judgment. Dkt. No. 11. On June 16, 2022, the Court heard argument on the motion for a default judgment; at the hearing, the Court continued the motion until July 11, 2022 at 3:30 p.m. After the hearing, the Court issued an order directing Plaintiff to file any amended complaint or supplement to her motion for default judgment by July 1, 2022 and to serve the same on Defendant by than July 5, 2022. Dkt. No. 15. On July 1, 2022, Plaintiff filed an amended complaint. Dkt. No. 16. No parties appeared at today's continued hearing.

It is hereby ORDERED that the motion for default judgment filed at Dkt. No. 11 is DENIED as moot. The Court will hold a telephonic status conference in this matter on August 18, 2022 at 2:00 p.m. The parties are directed to dial in to the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

Plaintiff is directed to provide a copy of this Order to Defendant by any means with which Plaintiff or her counsel has previously communicated with Defendant.

SO ORDERED.

Dated: July 11, 2022
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge